**Order entered May 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00578-CV

### IN RE RODNEY JAMES ROHRICH, M.D., Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15886**

## ORDER
Before Justices Schenck, Osborne, and Reichek

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     DAVID J. SCHENCK
        JUSTICE